**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7163**

RAMON ODIN LAGOS-M, aka Antonio Cardona, aka
Ramon Odin Lagos-Murillo,

                                   Plaintiff - Appellant,

        versus

VICTOR LORANTH, Doctor at Federal Correctional
Institution Williamsburg, in Individual and
Official Capacity; DONALD F. BAUKNECHT, Warden
at    Federal    Correctional    Institution
Williamsburg,  in  Individual  and  Official
Capacity,

                                   Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Henry M. Herlong, Jr., District
Judge.  (9:07-cv-01409)

Submitted:  December 20, 2007     Decided:  December 27, 2007

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ramon Odin Lagos-M, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramon Odin Lagos-M, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), under 28 U.S.C. § 1915(e)(2)(B) (2000), for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lagos-M. v. Loranth, No. 9:07-cv-01409 (D.S.C. July 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED